UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARYBETH PAVILONIS**

v.                                                          **CIVIL ACTION NO. 17-12108-DJC**

**CITY OF BOSTON, DEPARTMENT OF NEIGHBORHOOD DEVELOPMENT**

## ORDER TO SHOW CAUSE

CASPER, D.J.

Deadline for filing opposition to defendant's motion to dismiss was February 26, 2018. Plaintiff has failed to file opposition by this deadline. Accordingly, plaintiff has until March 30, 2018 to show cause why this case should not be dismissed and file any opposition to the pending motion. Failure to do so may result in immediate dismissal of this case.

March 16, 2018                                           /s/ Lisa M. Hourihan
                                                                                   --------------------------
                                                                                   Deputy Clerk