UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARYBETH PAVILONIS**

V.                                    CIVIL ACTION NO. **17-12108-DJC**

**CITY OF BOSTON, DEPARTMENT OF NEIGHBORHOOD DEVELOPMENT**

### ORDER OF DISMISSAL

CASPER, D.J.

In accordance with the ECF Order dated Jund 25, 2018, the Court Orders that Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

June 25, 2018                              /s/ Lisa M. Hourihan
                                           Deputy Clerk